# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **IVY MORRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-723-BAJ-RLB** |
| **WAL-MART LOUISIANA, LLC, ET AL.** | |

## **ORDER**

     A settlement conference was held on March 29, 2023. After a period of negotiations and conferences with the undersigned, it was suggested that the parties reevaluate their settlement positions to increase the likelihood of resolution. Counsel shall contact the undersigned in order to reconvene the conference at a mutually agreeable date. The undersigned will retain the settlement materials and the conference is considered to remain "open." The parties also agreed that during this period the undersigned may have ex parte communications for the purposes of facilitating settlement and that such communications will remain confidential.

     Signed in Baton Rouge, Louisiana, on March 29, 2023.

                                               **RICHARD L. BOURGEOIS, JR.**
                                               **UNITED STATES MAGISTRATE JUDGE**